Forman

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

CHARDA PROPERTIES, LLC

vs.

C.A. No.: PC 04-1084

TOWN OF JOHNSTON;
ZONING BOARD OF REVIEW
OF THE TOWN OF JOHNSTON;
and ANTHONY PILOZZI, Alias, in his
capacity as Chairman of the Zoning
Board of Review of the Town of
Johnston

**ORDER GRANTING PLAINTIFF'S REQUEST FOR PREROGATIVE WRIT OF MANDAMUS**

This matter came to be heard before Mr. Justice Fortunato of this Court on the 17th and 18th days of November, 2005, upon motion by Plaintiff, Charda Properties, LLC, for the issuance of a Prerogative Writ of Mandamus and the objections of the Defendants thereto. After an evidentiary hearing thereon and consideration thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. The motion of Plaintiff, Charda Properties, LLC, for the issuance of a Prerogative Writ of Mandamus may be, and the same hereby is granted.

2. A Writ of Mandamus will accordingly issue upon entry of this Order, directing that the defendants forthwith issue appropriate permits and licenses, authorizing the Plaintiff to construct 144 condominium units (29 of which will be low and moderate income housing units) to be called "The Pines Condominiums" as described in Plaintiff's Comprehensive Permit application under R.I.G.L. 45-53 as filed with the Defendants on or about January 8, 2004, respecting real estate described as comprising Assessor's Plat 55, Lots 24, 64, and 75, at or in the vicinity of 55-64 Greenville Avenue, Johnston, Rhode Island, all in accordance with Plaintiff's Application for the same and the relief demanded in Plaintiff's Complaint.

2005 NOV 29 P 12:45

Enter: S Fortunato
Order: A DeCosta Dep Clerk 11-29-05