UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARDA PROPERTIES, LLC and DAVID IASCONE<br><br>*Plaintiffs,*<br><br>vs.<br><br>TOWN OF JOHNSTON, ZONING BOARD OF REVIEW OF THE TOWN OF JOHNSTON; ANTHONY PILOZZI, Alias; PLANNING BOARD OF THE TOWN OF JOHNSTON; WILLIAM RICCHIO, Alias; ERNEST F. PITOCHELLI, Alias; JOSEPH A. WELLS, Alias; GEORGE CORRENTE, Alias; JEANNE M. TRACEY-McAREAVEY, Alias; and JOHN Doe, Alias;<br><br>*Defendants.* | C.A. No. 06-117 ML |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance for defendants, the Town of Johnston, Zoning Board of Review of the Town of Johnston, Anthony Pilozzi, Planning Board of the Town of Johnston, William Ricchio, Ernest F. Pitochelli, Joseph Wells, George Corrente and Jeanne M. Tracey-McAreavey.

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this 28th day of March 2006, to:

John B. Reilly (#1811)
John Reilly & Associates
Suite 330-Summit West
300 Centerville Road
Warwick, RI 02886
(401) 739-1800
(Fax) 738-0258