UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE
Plaintiffs

v. **C.A. No.: 06- 117 ML**

TOWN OF JOHNSTON, et al.,
Defendants

**MOTION OF PLAINTIFF, DAVID IASCONE, TO COMPEL DEFENDANT TO ANSWER INTERROGATORIES**

Plaintiff, David Iascone ("Iascone"), hereby moves, pursuant to Rule 37 (a)(2) of the Federal Rules of Civil Procedure, for the entry of an order compelling Defendant, Town of Johnston ("the Town"), to answer interrogatories dated and served April 15, 2006, a copy of which is attached hereto and incorporated herein by reference.

Answers were due within thirty (30) days of service, that is, on or before Monday, May 15, 2006. Objections to certain interrogatories were provided on May 9, 2006, however, despite extensions, no firm date has been established for disclosure of the answers.

It is hereby certified that the movant has, in good faith, conferred with counsel for the Town in an effort to resolve this dispute without Court action. In accordance with Rule 7(a) of the local rules of this Court, no separate memorandum is required in support of this motion.

WHEREFORE, plaintiff respectfully requests that the Town be compelled to answer such interrogatories within thirty (30) days of entry of an order hereon.

David Iascone,
By his Attorney,

John B. Reilly (#1811)
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258

**CERTIFICATION**

I hereby certify that a copy of the within document production requests have been forwarded to Marc DeSisto, Esq., DESISTO LAW, 211 Angell Street, P.O. Box 2563, Providence, Rhode Island 02906, this 13th day of June, 2006.

Susan K. Dunham