UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE
Plaintiffs

v. **C.A. No.: 06- 117 ML**

TOWN OF JOHNSTON, et al.,
Defendants

**MOTION OF PLAINTIFF, DAVID IASCONE, TO COMPEL DEFENDANTS TO RESPOND TO REQUESTS FOR DOCUMENT PRODUCTION**

Plaintiff, David Iascone ("Iascone"), hereby moves, pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, for the entry of an order compelling Defendants to provide responses to requests for production of documents dated and served April 6, 2006, a copy of which is attached hereto and incorporated herein by reference.

Responses were due within thirty (30) days of service, that is, on or before Monday, May 8, 2006. Objections to certain interrogatories were provided on May 2, 2006, however, despite extensions granted by Plaintiff, no firm date has been established for disclosure of the responses.

It is hereby certified that the movant has, in good faith, conferred or attempted to confer with counsel for Defendants in an effort to resolve this dispute without Court action. In accordance with Rule 7(a) of the local rules of this Court, no separate memorandum is required in support of this motion.

WHEREFORE, Plaintiff respectfully requests that Defendants be compelled to answer such requests within thirty (30) days of entry of an order hereon.

David Iascone,
By his Attorney,

John B. Reilly (#1811)
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258

## CERTIFICATION

I hereby certify that a copy of the within document production requests have been forwarded to Marc DeSisto, Esq., DESISTO LAW, 211 Angell Street, P.O. Box 2563, Providence, Rhode Island 02906, this 12th day of June, 2006.

Susan F. Dunham