UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC,
and DAVID IASCONE,
*Plaintiffs,*

v.

TOWN OF JOHNSTON, et al.,
*Defendants.*

C.A. No. 06-117 ML

**DEFENDANTS OBJECTION TO PLAINTIFFS' MOTION TO COMPEL REQUESTS FOR DOCUMENT PRODUCTION**

Now come the defendants and object to the plaintiffs' motion to compel production of documents. Defendants rely on their memorandum of law attached and incorporated herein.

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 15th day of June, 2006, to the following:

John B. Reilly, Esq. (#1811)
JOHN REILLY & ASSOCIATES
Suite 330 - Summit West
300 Centerville Road
Warwick, RI 02886

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC,
and DAVID IASCONE,
*Plaintiffs,*

v.

TOWN OF JOHNSTON, et al.,
*Defendants.*

C.A. No. 06-117 ML

**DEFENDANTS MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO THE PLAINTIFFS' MOTION TO COMPEL REQUESTS FOR DOCUMENT PRODUCTION**

On or about May 2, 2006, defendants filed their initial response to the plaintiffs' request for production of documents in order to preserve objections (Exhibit A). The plaintiffs now move for an order compelling responses to those requests to which an objection was not interposed.

Defendants' sole objection concerns plaintiffs' request that the documents be produced within 30 days. Defendants contend that they will need at least 60 days to produce said documents. The parties have conferred on the timing of the production but have been unable to agree in this regard.

Defendants base their request for at least 60 days on a number of factors. First, there are ten separate defendants who will have to respond to the plaintiffs' production requests. Although some of the requests overlap, there are requested documents that will be specific to each defendant. The coordination of the production especially during the summer months will be difficult.

Therefore, defendants respectfully request that they be granted 60 days to comply with the production of documents.

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 15th day of June, 2006, to the following:

John B. Reilly, Esq. (#1811)
JOHN REILLY & ASSOCIATES
Suite 330 - Summit West
300 Centerville Road
Warwick, RI 02886