# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC,
and DAVID IASCONE,

*Plaintiffs,*

v.

TOWN OF JOHNSTON, et al.,

*Defendants.*

FILE COPY

C.A. No. 06-117 ML

**INITIAL RESPONSE TO THE PLAINTIFF DAVID IASCONE'S REQUEST FOR PRODUCTION OF DOCUMENTS IN ORDER TO PRESERVE OBJECTIONS OF DEFENDANT TOWN OF JOHNSTON AND ITS NAMED EMPLOYEES**

5. All records of Executive Session meetings at which Charda and/or Iascone have been discussed up to the time of the filing of this complaint.

**RESPONSE: Objection, this request seeks confidential and otherwise privileged material.**

7. All documents or records demonstrating, comprising and/or evidencing the transmittal of records, plans, notices, or other communications to Charda during the relevant time period.

**RESPONSE: Objection, this request is ambiguous and overbroad as to sender. Notwithstanding and without waiving said objection, this response will be supplemented with any documents sent by these defendants.**

8. All documents or records demonstrating, comprising and/or evidencing the transmittal of records, plans, notices, or other communications to Iascone during the relevant time period.

**RESPONSE: Objection, this request is ambiguous and overbroad as to sender. Notwithstanding and without waiving said objection, this response will be supplemented with any documents sent by these defendants.**

10. All documents, complaints, pleadings, responses and/or other records of proceedings involving you or as to which you are either a respondent or defendant before any court or

other tribunal in the State of Rhode Island involving development projects consisting of or proposing low and moderate income housing and/or other multi-family residential condominium projects from January 1, 1995 through and including the relevant time period (defined above).

**<u>RESPONSE</u>: These defendants object to this request because it is overbroad and vague in so far as the meaning of "all documents". Notwithstanding this objection, defendants will make a good faith search for complaints, pleadings, responses and other records of proceedings as set forth in the request.**

12. All notes, reports, records and/or memoranda you have given and/or prepared for the Town prior to the time this action was filed relating to:

    (a) Charda;
    (b) Iascone;
    (c) Stephen Macchioni;
    (d) H. Charles Tapalian;
    (e) David Tapalian;
    (f) Kamal Hingorany;
    (g) Janet Stearns;
    (h) Narragansett Engineering; and/or
    (I ) any person known or believed by you to be an agent, employee, representative, or to be acting in or on behalf of any or all of the foregoing persons.

**<u>RESPONSE</u>: Objection, this request is overbroad and vague. Notwithstanding this objection, defendants will make a diligent and good faith search for records, notes and reports and the categories stated for documents that relate in any way to your complaint.**

13. All written or other documentary evidence that relates to the issue of the damages claimed by either or both of the plaintiffs.

**<u>RESPONSE</u>: Objection, this request is vague and overbroad. Defendants have contested liability and so contest whether the plaintiffs have any damages.**

14. Any documents supporting any your affirmative defenses (excepting the work product of defense counsel and/or records comprising or consisting of attorney-client privileged communications with current defense counsel pertaining to such affirmative defenses). (Please specify to which affirmative defense each such document relates.)

**<u>RESPONSE</u>: Objection, this request invades the attorney/client privilege and work product privilege. It is a catch all request and as such is too burdensome.**

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Initial Response to Plaintiff Iascone's Request for Production of Documents was mailed, postage prepaid, on this 2nd day of May, 2006, to the following:

John B. Reilly, Esq. (#1811)
JOHN REILLY & ASSOCIATES
Suite 330 - Summit West
300 Centerville Road
Warwick, RI 02886
(401) 739-1800
(401) 738-0258 fax