UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC,
and DAVID IASCONE,
*Plaintiffs,*

v. C.A. No. 06-117 ML

TOWN OF JOHNSTON, et al.,
*Defendants.*

**DEFENDANT, TOWN OF JOHNSTON'S OBJECTION TO PLAINTIFFS' MOTION TO COMPEL INTERROGATORY ANSWERS**

Now comes the Town of Johnston and objects to the plaintiffs' motion to compel interrogatory responses and relies on its memorandum of law attached and incorporated herein.

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 15th day of June, 2006, to the following:

John B. Reilly, Esq. (#1811)
JOHN REILLY & ASSOCIATES
Suite 330 - Summit West
300 Centerville Road
Warwick, RI 02886

Laura Sorge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARDA PROPERTIES, LLC, and DAVID IASCONE, *Plaintiffs,* v. TOWN OF JOHNSTON, et al., *Defendants.* | C.A. No. 06-117 ML |

**DEFENDANT, TOWN OF JOHNSTON'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO THE PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

On or about May 9, 2006, the defendant, Town of Johnston forwarded its initial response to the plaintiffs' interrogatories in order to preserve its objections (attached as Exhibit A). Plaintiff now seeks an order compelling responses to those interrogatories to which an objection has not been interposed. Defendant's objection is based solely on the request in plaintiffs' motion that said interrogatories be answered within 30 days. Defendant respectfully submits that it needs at least 60 days to comply with these interrogatory questions.

The parties have conferred, in good faith, to try and work out the timing of the responses but have been unable to do so.

Defendant's request for a 60 day order is based on the complexity of this matter and the complexity of the questions; the number of officials that will have to be interviewed in order to answer the questions and difficulty in scheduling meetings in the summer months. For these reasons, the defendant respectfully request that it be granted 60 days to respond to the plaintiffs' interrogatories.

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 15th day of June, 2006, to the following:

John B. Reilly, Esq. (#1811)
JOHN REILLY & ASSOCIATES
Suite 330 - Summit West
300 Centerville Road
Warwick, RI 02886