# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

CHARDA PROPERTIES, LLC,
and DAVID IASCONE,
*Plaintiffs*,

v.

TOWN OF JOHNSTON, et al.,
*Defendants*.

C.A. No. 06-117 ML

**INITIAL RESPONSE OF DEFENDANTS, TOWN OF JOHNSTON AND ITS NAMED EMPLOYEES, TO PLAINTIFF DAVID IASCONE'S INTERROGATORIES IN ORDER TO PRESERVE OBJECTIONS**

17. State whether at any time before this litigation was commenced you, or any representative of yours, ever investigated or caused an investigation to be conducted by any person, firm or corporation, concerning the complaints made by, developments proposed, political activities, identity, background, experience in residential housing development and/or of any other nature concerning the Plaintiffs (as defined above) and, if so, state the name and address of each investigator or investigating entity, the date and time each such investigation was initiated, describe in detail what information, if any, was conveyed to each such investigator or investigating entity, and identify any and all documents in your possession, custody or control relating in any manner to such investigation and its results (if any).

**RESPONSE: Objection insofar as this interrogatory seeks information prepared in anticipation of suit.**

19. Identify all communications you have had with any other person, firm, corporation or entity concerning the eligibility of the Plaintiffs to proceed with any development projects described in the Complaint, that occurred prior to the filing of the Complaint, give the identity of all persons having taken such action on your behalf, and summarize the information that you claim to have learned as a result of each such communication.

**RESPONSE: Objection, insofar as this interrogatory seeks information within the legislative privilege or deliberative process privilege.**

20. Identify all inquiries, investigations, and/or communications you have had with any other person, firm, corporation or entity concerning the ability of the Plaintiffs and/or any engineer or consultant engaged by or acting on behalf of the Plaintiffs to undertake and/or

complete any development projects described in the Complaint, that occurred prior to the filing of the Complaint, give the identity of all persons having taken such action on your behalf, and summarize the information that you claim to have learned as a result of each such inquiry, investigation and/or communication.

**RESPONSE: Objection, insofar as this interrogatory seeks information within the legislative privilege or deliberative process privilege.**

22. Identify all abutters, voters, citizens, taxpayers, employees, appointed officials, elected officials or other individuals who have complained to you about any of the proposed developments described in Plaintiffs' complaint, giving the date(s) of each such complaint, the identity of each such complainant, the substance of each such complaint, and identify all documents related to any such complaint.

**RESPONSE: Objection, insofar as this interrogatory seeks information within the legislative privilege or deliberative process privilege.**

As to objections,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Initial Response was mailed, postage prepaid, on this 9th day of May, 2006, to the following:

John B. Reilly, Esq. (#1811)
JOHN REILLY & ASSOCIATES
Suite 330 - Summit West
300 Centerville Road
Warwick, RI 02886