UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE

*Plaintiffs,*

vs.

TOWN OF JOHNSTON, ZONING BOARD OF REVIEW OF THE TOWN OF JOHNSTON; ANTHONY PILOZZI, Alias; PLANNING BOARD OF THE TOWN OF JOHNSTON; WILLIAM RICCHIO, Alias; ERNEST F. PITOCHELLI, Alias; JOSEPH A. WELLS, Alias; GEORGE CORRENTE, Alias; JEANNE M. TRACEY-McAREAVEY, Alias; and JOHN Doe, Alias;

*Defendants.*

C.A. No. 06-117 ML

**ENTRY OF APPEARANCE**

I, Karen K. Corcoran, hereby enter my appearance for defendants, the Town of Johnston, Zoning Board of Review of the Town of Johnston, Anthony Pilozzi, Planning Board of the Town of Johnston, William Ricchio, Ernest F. Pitochelli, Joseph Wells, George Corrente and Jeanne M. Tracey-McAreavey.

Defendants,
By their attorney,

**/S/ Karen K. Corcoran**
Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on December 18, 2006, and is available for viewing and downloading from the ECF system.

/s/ Karen K. Corcoran