UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE
Plaintiffs

v. **C.A. No.: 06- 117 ML**

TOWN OF JOHNSTON, et al.,
Defendants

**JOINT MOTION OF THE PARTIES TO AMEND PRETRIAL ORDER**

The parties hereby jointly move that this Court extend the deadlines established by its pretrial order of September 18, 2006 by sixty (60) days.

This request would result in discovery being closed by May 14, 2007, that plaintiffs' expert witness disclosures be made by March 6, 2007, that defendants' expert witness disclosures be furnished by April 9, 2007, and that dispositive motions be filed by May 29, 2007. Furthermore, alternative date for the filing of electronic memorandum in the absence of any dispositive motion(s) would also be amended to June 12, 2007.

In support of this request, counsel represent that they have been actively conducting both written discovery and have taken several depositions. Nevertheless, witness schedules and the volume of information that they are required to review and process in a reasoned manner, and the unavoidable obligations of counsel in other matters make compliance with the present deadlines impracticable. Finally, no party will be prejudiced by this proposed extension of such deadlines.

WHEREFORE, the parties jointly request that the Court allow this modification of its initial Pretrial Order.

Plaintiffs,
By their Attorney,

/s/ John B. Reilly

John B. Reilly (#1811)
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258

Defendants,
By their Attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, Rhode Island 02906
(401) 272-4442
Fax: (401) 272-9937

Dated: December 22, 2006