UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE
Plaintiffs

v. **C.A. No.: 06- 117 ML**

TOWN OF JOHNSTON;
ZONING BOARD OF REVIEW
OF THE TOWN OF JOHNSTON;
ANTHONY PILOZZI, Alias;
PLANNING BOARD OF THE
TOWN OF JOHNSTON;
WILLIAM RICCHIO, Alias;
ERNEST F. PITOCHELLI, Alias;
JOSEPH A. WELLS, Alias;
GEORGE CORRENTE, Alias;
JEANNE M. TRACEY-
McAREAVEY, Alias;
and JOHN DOE, Alias;
Defendants

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT, ERNEST PITOCHELLI, TO RESPOND TO RESPOND TO REQUEST FOR DOCUMENT PRODUCTION**

Plaintiffs, hereby move, pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, for the entry of an order compelling Defendant, Ernest Pitochelli, to provide responses to requests for production of documents dated and served December 28, 2006, a copy of which is attached hereto and incorporated herein, by reference.

Responses were due within thirty (30) days of service, that is, on or before Monday, January 29, 2006, but responses have not been forthcoming.

It is hereby certified that the movant has, in good faith, conferred or attempted to confer with counsel for Defendant, Ernest Pitochelli, in an effort to resolve this dispute without Court action. In accordance with Rule 7(a) of the local rules of this Court, no separate memorandum is required in support of this motion.

WHEREFORE, Plaintiff respectfully requests that Defendant, Ernest Pitochelli, be compelled to produce such documents within fifteen (15) days of entry of an order hereon.

Plaintiffs,
By their Attorney,

*/s/ John B. Reilly*

John B. Reilly (#1811)
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258

**CERTIFICATION**

I hereby certify that a copy of the within document production requests have been forwarded to Marc DeSisto, Esq., DESISTO LAW, 211 Angell Street, P.O. Box 2563, Providence, Rhode Island 02906, this *9th* day of February 2007.

*/s/ John B. Reilly*