UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE
Plaintiffs

v. **C.A. No.: 06- 117 ML**

TOWN OF JOHNSTON, et al.,
Defendants

**JOINT MOTION OF THE PARTIES TO FURTHER AMEND PRETRIAL ORDER**

The parties hereby jointly move that this Court extend the deadlines established by its pretrial order of September 18, 2006 and its only amendment to that order (dated December 22, 2006), by one hundred twenty (120) days.

This request would result in discovery being closed by September 11, 2007, that plaintiffs' expert witness disclosures be made by July 5, 2007, that defendants' expert witness disclosures be furnished by August 8, 2007, and that dispositive motions be filed by September 26, 2007. Furthermore, alternative date for the filing of electronic memorandum in the absence of any dispositive motion(s) would also be amended to October 10, 2007.

In support of this request, counsel represent that they have been actively conducting both written discovery and have taken several depositions. Nevertheless, witness schedules and the volume of information that they are required to review and process in a reasoned manner, and the unavoidable obligations of counsel in other matters make compliance with the present deadlines impracticable.

Additionally, on April 11, 2007, the Bankruptcy Court appointed Alden Harrington to represent the bankruptcy estate of Plaintiff, David Iascone, in this action (copy of order at Exhibit "A"). Mr. Harrington will need at least forty-five (45) days to familiarize himself with the discovery that has taken place to date.

Furthermore, plaintiff, Charda Properties, LLC, is engaged in settlement discussions with the Town of Johnston and submits that extra time to determine whether or not such discussions will be successful is appropriate as it could result in avoiding the expenditure of time and resources not only in this case, but also in the state case pending in the Rhode Island Supreme Court. Finally, no party will be prejudiced by this proposed extension of such deadlines.

WHEREFORE, the parties jointly request that the Court allow this modification of its initial Pretrial Order and its prior amendment of the same.

Plaintiff Charda Properties LLC.,
By its Attorney,

/s/ John B. Reilly

John B. Reilly (#1811)
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258

Defendants,
By their Attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, Rhode Island 02906
(401) 272-4442
Fax: (401) 272-9937

Plaintiff David Iascone,
By his Attorney,

/s/ Alden C. Harrington

Alden C. Harrington (#1028)
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, Rhode Island 02906
(401) 273-9600
Fax: (401) 273-9605

Dated: April 17, 2007