***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

In Re: **David F. Iascone and Cindy A. Iascone**

Debtor(s)

BK No. **1:05-bk-11165**

Chapter **7**

***Order Granting Application (doc# 102 ) to Employ Professionals***

***Re: Application of Trustee to Employ Alden C. Harrington, Esq. as Special Counsel***

The Application to Employ Professionals (doc.# 102 ) is HEREBY APPROVED, subject to the following: (1) This order is not a determination that the services are necessary; and (2) No fee agreement between the applicant and the person or entity being employed is binding on the court.

Judgment #: 1:05-bk-11165 – 116 – 102

***ORDER:***

By: LLC
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **4/11/07**

Entered on Docket: **4/11/07**
Document Number: **116 – 102**

Oappemployprof.jsp #103