UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendant

**ENTRY OF APPEARANCE**

Alden C. Harrington hereby enters his appearance as counsel for Charles A. Pisaturo, Jr., Trustee of the estate of David Iascone, a plaintiff in the above matter.

**CHARLES A. PISATURO, JR.**
**TRUSTEE OF THE ESTATE OF**
**DAVID IASCONE**
By his Attorneys,

/s/Alden C. Harrington #1028
Boyajian, Harrington & Richardson
182 Waterman St.
Providence, RI02906
Tel: 273-9600
Fax 273-9605

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2007 I electronically filed an Entry of Appearance with the Clerk of the U. S. District Court for the District of Rhode Island using the CM/ECF System. I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants:

John B. Reilly, Esq.
Attorney for Charda Properties
John Reilly & Associates
Suite 330- Summit West
300 Centerville Road
Warwick, RI02886

Marc Desisto, Esq.
Karen A. Corcoran, Esq.
Attorney for Defendant
211 Angell St.
Providence, RI02906

/s/ Alden C. Harrington #1028