UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendant

**TRUSTEE'S MOTION TO SUBSTITUTE PARTY**

Comes now Charles Pisaturo, Trustee in bankruptcy for the defendant David Iascone, who makes this motion pursuant to Rule 25 of the Rules of Civil Procedure and shows the court the following:

1. David Iascone (hereinafter "Iascone") is a plaintiff in the above matter .

2. Iascone filed a petition for relief pursuant to Chapter 7 of the Bankruptcy Code on or about April 7, 2005. The case is BK 05-11165.

3. Iascone's Complaint, filed in March of 2006, seeks damages for the actions of certain officials of the Town of Johnston occurring in 2003 and 2004.

4. The filing of a bankruptcy petition creates a bankruptcy estate which includes all tangible and intangible property of the debtor at the time of filing including unliquidated claims such as those set forth in the Complaint.

5. Charles A. Pisaturo, Jr. (hereinafter "Trustee") was appointed successor Trustee to administer the Iascone estate on January 17, 2007.

6. On February 8, 2007 the Trustee filed an Application to Employ Alden C. Harrington and Boyajian, Harrington & Richardson as special counsel to represent the interests of the Trustee in this matter.

7. On April 11, 2007 the Bankruptcy Court entered its Order approving the hiring of Alden C. Harrington as special counsel.

8. Charles A. Pisaturo, Jr., Trustee of the estate of David Iascone, is the real party in interest in this matter and should be substituted as a party plaintiff in lieu of David Iascone, the debtor.

**WHEREFORE**, for the above reasons, the Trustee asks that he be substituted as party plaintiff in lieu of David Iascone.

**CHARLES A. PISATURO, JR.**
**TRUSTEE OF THE ESTATE OF**
**DAVID IASCONE**
By his Attorneys,

/s/ Alden C. Harrington #1028
Boyajian, Harrington & Richardson
182 Waterman St.
Providence, RI02906
Tel: 273-9600
Fax: 273-9605

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007 I electronically filed an Entry of Appearance with the Clerk of the U. S. District Court for the District of Rhode Island using the CM/ECF System. I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants:

John B. Reilly, Esq.
Attorney for Charda Properties
John Reilly & Associates
Suite 330- Summit West
300 Centerville Road
Warwick, RI02886

Marc Desisto, Esq.
Karen A. Corcoran, Esq.
Attorney for Defendant
211 Angell St.
Providence, RI02906

/s/ Alden C. Harrington #1028