*Chairperson*
William Riccio, Jr. P.E

*Vice-Chairperson*
Gregory Burr

*Secretary*
David M. D'Amico, P.E.

*Administrative Officer/Town Planner*
Jeanne M. Tracey-McAreavey, AICP

*Mayor*
William R Macera

*Planning Board Members*
Thomas Breckel
Louis Calenda
Christina D. DiComes, D.M.D.
Allan Mawhiney, MACCCSp

# JOHNSTON PLANNING BOARD

## Meeting Minutes

September 2, 2003

I. Roll Call.

The September 2, 2003 meeting was called to order at 7:06 P.M. in the Nicholas Ferri Middle School Library. Present were Mr. Breckel, Mr. Burr, Mr. D'Amico, Ms. DiComes, Mr. Mawhiney and Chairman Mr. Riccio. Also present was Town Planner Ms. Jeanne Tracy-McAreavey. Mr. Calenda and Assistant Town Solicitor Mr. Jay Bianco were absent.

II. Reading of the Minutes.

Motion to accept the minutes of the July 22, 2003 meeting is made by Mr. Burr. Second by Ms. DiComes. Discussion: none. Motion passes 6-0.

The Board Members had the following comments: On page 2, third paragraph down – add "the Board is thinking about more restrictive parking because of the flood plain and page 3, item B add – the owner should look at adding a canopy along the front of the building.

Motion to accept the minutes with amendments of the August 5, 2003 meeting is made by Ms. DiComes. Second by Mr. Breckel. Discussion: none. Motion passes 6-0.

III. Town Planner's Report – none.

Councilman Joseph Wells requested to address the Board and discuss the on-going subdivision construction of Old Cherry Hill Estates. Councilman Wells asked the Board if the subdivision regulations gave the Board any authority over the developer during the construction of a subdivision. The Chairman explained that the Board has no authority over the construction of the subdivision and that the authority comes from the Building Officials office. Councilman Wells explained that the developer is doing poor work when it comes to drainage on lot 6. The Chairman explained that the Building Officials office would have to take issue with drainage during construction and that the subdivision is built to the approved subdivision plans.

IV. Business Items

A. <u>Zoning Ordinance Petition – Ordinance #2003-05</u>
Zoning Ordinance Amendment Petition
Location: Vicinity of Greenville Avenue and I-295 overpass AP 55/ Lots 24, 64 and 75
Petitioner/Owner: Charda Properties, LLC (c/o DICON)



Exhibit A

Change from Residential 40 (R-40) zone to Planned District (PD) 29+ Acres, 34 Buildings/32 residential buildings + 2 additional structures 181 units: 1 60 unit 3 story flats, 19 4-unit Villa-style, 9 4-unit Townhouses and 3 Tri-plex style 3-unit buildings

Mr. Kamal Hingorany of Narragansett Engineering submitted a letter from RIDEM to the Board for review discussing the wetland edge approval.

Motion to accept the RIDEM letter is made by Mr. Burr. Second by Ms. DiComes. Discussion: none. Motion carries 6-0.

Mr. David Iascone presented the current plans to the Board. He introduced Mr. Anthony Winiarski of Commonwealth Engineers as his traffic expert to discuss the traffic at the proposed site. Mr. Winiarski passed out a traffic report for the site. The Board Members felt it was premature to start discussing traffic impacts a this stage of the project.

Motion to table the traffic testimony at this time is made by Mr. Mawhiney. Second by Mr. D'Amico. Discussion: none. Motion carries 6-0.

Mr. Jay Bianco, Assistant Town Solicitor was present at the meeting at 7:45 pm.

The Chairman discussed the details this application will require to have a meaningful hearing and that these requirements are as listed in the Town's zoning regulations. The application should also discuss or show any major benefits that the Town would realize by approving this zoning change.

Motion to continue this matter to the next meeting is made by Mr. D'Amico. Second by Mr. Breckel. Discussion: The Board asked the applicant if he would entertain continuing the matter until such time that the applicant meets with the Town Planner to discuss the requirements for the plan submission. Mr. D'Amico so amends his motion. Amendment second by Mr. Breckel. Motion carries 6-0.

B. Green Hill Road – Taraco, Inc.
**Industrial Site Review**
Location: 16 Green Hill Road AP 30 Lot 62, Zone I
Applicant: Taraco, Inc. Owner: REW Holdings, LLC
2.14 ac. One Lot. No street construction

Applicant requested a continuance. Motion to continue to next meeting is made by Mr. Mawhiney. Second Ms. DiComes. Discussion: none. Motion carries 5-0. Mr. Burr recused himself.

C. Zoning Ordinance Petition – Ordinance #2003-09
Zoning Ordinance Amendment Petition
Location: Vicinity of 976 Hartford Avenue AP 23/ Lot 10
Petitioner/Owner: 976 LLC (Everett A. Petronio and Leonard Gemma)
Change from Residential 15 (R-15) zone to General Business (B-2) 34,060 sq. ft,
Construction of a Professional Office Building

Mr. Everett Petronio requested a continuance so that he could add more details to this application.