the new roadway will utilize to access the site was purchased. The applicant stated that they have an agreement with the abutting property owner. The Board requested, in the light that the right-of-way off Washington Drive is not secured, that access via Cross Road be investigated.

Motion to continue this application to the next Planning Board meeting is made by Mr. Mawhiney. Second by Mr. Breckel. Discussion: none. Motion carries 6-0.

F. The Groves at Johnston
Comprehensive Permit Application for Low and Moderate Income Housing

G. The Pines Condominiums
Comprehensive Permit Application for Low and Moderate Income Housing.
Chairman Riccio noted to the Board that these Comprehensive Permit Applications are much different than the last one reviewed by the Board located on Greenville Avenue and subsequently denied by the State Housing Appeals Board, because they represent site development proposals. These large scale site development proposals require a waiver of practically all the subdivision regulations. In understanding how long this type of review would take, Chairman Riccio recommends establishment of a technical review committee as outlined in the Subdivision Regulations used by the Zoning Board during their deliberations of these applications.

Chairman Riccio passes the chair to the Vice-Chairman and motions to form a Technical Review Committee with members to include the Town Planner, Town Engineer, the Chairman and two members of the Planning Board to operate its meetings the same way as the Planning Board and under the Roberts Rules of Order. Second by Ms. DiComes. Discussion: It should be noted that a majority of the present meeting attendees will prevail. Chairman Riccio so amends his original motion to include such. Second by Ms. DiComes. Motion carries 6-0.

Motion to appoint Ms. DiComes and Mr. Burr as the two initial Planning Board members to be on the first Technical Review Committee is made by Mr. Mawhiney. Second by Mr. Breckel. Discussion: none. Motion carries 6-0.

Motion to continue items F and G is made by Mr. Mawhiney. Second by Mr. D'Amico. Discussion: none. Motion carries 6-0.

Motion to send a letter to the Zoning Board requesting that they utilize the Technical Review Committee, formed by the Planning Board, to review Comprehensive Permit Applications when they sit as a Super Board for further guidance, is made by Mr. Mawhiney. Second by Mr. Burr. Discussion: none. Motion carries 6-0.

IV. Referrals for Comment – none
V. Discussion – none
VI. Adjourn.
Motion to adjourn is made by Mr. Burr. Second by Ms. DiComes. Motion passes 6-0.

Meeting is adjourned at 10:45 P.M.

David M. D'Amico, P.E., Secretary

Exhibit B