UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
CHARLES PISTATURO, TRUSTEE OF
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendant

**MOTION OF THE TRUSTEE TO FURTHER**
**AMEND PRETRIAL ORDER**

Charles Pisaturo, Trustee for David Iascone, moves to extend by sixty days the deadlines established by its Amended Pretrial Order of April 18, 2007.

The granting of this request would result in discovery being closed on November 12, 2007, dispositive motions to be filed by November 26, 2007 and the alternative date for the filing of a Pretrial Mmemorandum in the absence of any dispositive motion(s) would be amended to December 10, 2007.

In support of this request counsel represents that a substantial amount of discovery has taken place. Plaintiffs have recently noticed the deposition of Mr. Iascone and have filed a Motion for Summary Judgment.

The Trustee seeks additional discovery which he has been unable to undertake because of other matters in the Iascone bankruptcy and a particularly busy litigation schedule during the Summer of counsel for Charda and of counsel for the Trustee.

Counsel has also been informed that Charda Properties, LLC has been engaged in extensive settlement discussions with the Town of Johnston and believes that there are a few details to be resolved which could result in the settlement of not only the claims of Charda in this litigation but also in a related State case pending in the Rhode Island Supreme Court .

Counsel for the Trustee has consulted with counsel for Charda Properties and counsel for the Town and there is no objection to the proposed extension of deadlines as set out herein.

**WHEREFORE**, for the above reasons, the Trustee asks that the court allow modification of its Amended Pretrial Order as requested herein.

**CHARLES A. PISATURO, JR.**
**TRUSTEE OF THE ESTATE OF**
**DAVID IASCONE**
By his Attorneys,

/s/ Alden C. Harrington #1028
Boyajian, Harrington & Richardson
182 Waterman St.
Providence, RI02906
Tel: 273-9600
Fax: 273-9605
harrington@bhrlaw.com

CHARDA PROPERTIES, LLC
CHARLES PISTATURO, TRUSTEE OF
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007 I electronically filed a

**MOTION OF THE TRUSTEE TO FURTHER**
**AMEND PRETRIAL ORDER**

with the Clerk of the U. S. District Court for the District of Rhode Island using the CM/ECF System. I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants:

John B. Reilly, Esq.
Attorney for Charda Properties
John Reilly & Associates
100 North Main St.
Providence, RI02906

Marc Desisto, Esq.
Karen A. Corcoran, Esq.
Attorney for Defendant
211 Angell St.
Providence, RI02906

/s/ Susanne Kershaw