CHRISTOPHER D. COLARDO, ESQ.
*TOWN SOLICITOR*

WILLIAM J. CONLEY, ESQ.
*ASSISTANT TOWN SOLICITOR*

OFFICE OF THE TOWN SOLICITOR
TOWN HALL
1385 HARTFORD AVENUE
JOHNSTON, RHODE ISLAND 02919
TEL. (401) 351-6618 FAX. (401) 331-4271

June 27, 2007

Via Facsimile and Regular Mail (401) 738-0258

John B. Reilly, Esq.
John B. Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

Re: Charda Properties vs. Town of Johnston
SU 06-0022
Charda Properties, et al vs. Town of Johnston
C.A. No. 06-117ML

Dear Mr. Reilly:

Please be advised that the Town Council for the Town of Johnston approved the settlement proposal that was outlined to you in my letter of June 21, 2007.

Please advise.

Sincerely,

William J. Conley, Jr.

WJC/kaw