UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
CHARLES PISTATURO, TRUSTEE OF
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendant

**TRUSTEE'S MOTION TO EXTEND TIME**

Charles Pisaturo, Trustee for David Iascone, moves to extend the time for filing a response to the defendant's Motion for Summary Judgment and shows the following:

1. The defendant served a Motion for Summary Judgment as to both plaintiffs on or about September 5, 2007 (documents 22 and 23).

2. The court has recently extended the time for completing discovery and other deadlines in its Pretrial Order.

3. It appears that Charda Properties, LLC and the Town have reached a settlement which requires further documentation and additional engineering consultation.

4. Charda Properties has moved to extend the time to respond to the Motion for Summary Judgment to November 26, 2007 and that motion has been granted.

5. Counsel has consulted with attorneys for the Town of Johnston and there is no objection to this motion.

WHEREFORE, for the above reasons, the Trustee asks that the time to respond to the defendant's Motion for Summary Judgment be extended to November 26, 2007 (the new date for filing dispositive motions).

C.A. 06-117 ML

**CHARLES A. PISATURO, JR.**
**TRUSTEE OF THE ESTATE OF**
**DAVID IASCONE**
By his Attorneys,

/s/ Alden C. Harrington #1028
Boyajian, Harrington & Richardson
182 Waterman St.
Providence, RI02906
Tel: 273-9600
Fax: 273-9605

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007 I electronically filed a Motion to Extend Time with the Clerk of the U. S. District Court for the District of Rhode Island using the CM/ECF System. I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants:

John B. Reilly, Esq.
Attorney for Charda Properties
John Reilly & Associates
100 North Main St.
Providence, RI02904

Marc Desisto, Esq.
Karen A. Corcoran, Esq.
Attorney for Defendant
211 Angell St.
Providence, RI02906

/s/ Alden C. Harrington #1028