UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
CHARLES PISATURO, TRUSTEE OF
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendant

**TRUSTEE'S MOTION TO EXTEND TIME**

Charles Pisaturo, Trustee for David Iascone, moves to extend the time for filing a response to the Defendants' Motion for Summary Judgment and shows the following:

1. Defendant served a Motion for Summary Judgment as to both Plaintiffs on or about September 5, 2007 (documents 22 and 23).

2. It appears that Charda Properties, LLC and the Town have reached a settlement which requires further documentation and additional engineering consultation.

3. On or about October 31, 2007 the Trustee served a Request to Admit on the Town and the Trustee has scheduled the deposition of Robert Russo, President of the Town Council of the Town of Johnston for Tuesday, November 27, 2007. The Town anticipates having a response to the admissions by Friday, November 30, 2007.

4. The Trustee requires additional time to complete discovery through the deposition of Mr. Russo and obtaining responses to the admissions in order to prepare its response to the Defendants' Motion for Summary Judgment.

5. Counsel has consulted with attorneys for the Town of Johnston and there is no objection to this motion.

WHEREFOE, for the above reasons, the Trustee asks that the time to respond to the Defendants' Motion for Summary Judgment be extended to Friday, December 28, 2007.

**CHARLES A. PISATURO, JR.**
**TRUSTEE OF THE ESTATE OF**
**DAVID IASCONE**
By his Attorneys,

/s/ Alden C. Harrington #1028
Boyajian, Harrington & Richardson
182 Waterman St.
Providence, RI02906
Tel: 273-9600/Fax: 273-9605
harrington@bhrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States Postal Service, postage pre-paid, a copy of the within document to the following participants on November 26, 2007.

John B. Reilly, Esq.
Attorney for Charda Properties
John Reilly & Associates
100 North Main St.
Providence, RI02906

Marc Desisto, Esq.
Karen A. Corcoran, Esq.
Attorneys for Defendants
211 Angell St.
Providence, RI02906

/s/ Susanne Kershaw