UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE
Plaintiffs

v. **C.A. No.: 06- 117 ML**

TOWN OF JOHNSTON, et al.,
Defendants

**MOTION OF PLAINTIFF, CHARDA PROPERTIES, LLC, TO ENLARGE THE TIME WITHIN WHICH IT MAY RESPOND (IF NECESSARY) TO SUMMARY JUDGMENT MOTION AND RELATED PLEADINGS OF DEFENDANTS**

Plaintiff, Charda Properties, LLC ("Charda") hereby moves, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, for the entry of an order enlarging the time for it to respond (if necessary) to the Summary Judgment motion and related pleadings filed by Defendants on dated and served on or about September 5, 2007 (Documents 22 and 23).

In support of this request, Charda avers that both it and its undersigned attorney of record have been and remain under the belief that all matters relating to the claims of Charda (both in this court and in the Supreme Court of the State of Rhode Island) have been settled, pending completion of some rather complicated written documentation of the resolution of such matters and the project that will eventually be constructed by Charda in the Town of Johnston. See copy of letter confirming approval of settlement from Town Solicitor at Exhibit "A".

This has been and continues to be a rather lengthy process, and has included a meeting with engineers and certain Town officials on Tuesday, September 25, 2007 to address certain questions associated with this process.

Based on conversations and a meeting with the Town Solicitor and mindful of the expense of ongoing litigation, Charda discontinued active discovery efforts in good faith and is surprised that the Summary Judgment motion has been filed against it at all. In any event, it seems most appropriate to allow the settlement process to be completed rather than have the parties and court attend to Summary Judgment issues at this point.

Accordingly, Charda respectfully requests that the court enlarge the time for it to respond to defendants' summary judgment motion (if necessary and if a dismissal stipulation has not been filed) up to and including December 28, 2007.

Counsel for Charda has attempted to contact counsel for defendants to discuss this motion but has been unsuccessful.

Charda Properties, LLC
By its Attorney,

*/s/ John B. Reilly*
John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

I hereby certify that a copy of the within document production requests have been forwarded via ECF to **Marc DeSisto, Esq.**, DeSisto Law, 211 Angell Street, P.O. Box 2563, Providence, Rhode Island 02906, and to **Alden C. Harrington, Esq.**, 182 Waterman Street, Providence, R.I. 02906, this 26th day of November 2007.

*/s/ John B. Reilly*