**JOHN REILLY & ASSOCIATES**
**Attorneys and Counselors at Law**

*Admitted in Rhode Island*
*& Massachusetts*

100 North Main Street, 4th Floor
Providence, Rhode Island 02903
(401) 272-2800
Fax (401) 272-2811

John B. Reilly
jreilly@lawyers-online.us

December 28, 2007

*Via facsimile and regular mail*

William J. Conley, Esq.
670 Willett Avenue
East Providence, Rhode Island 02915

***RE: Charda Properties, LLC vs. Town of Johnston, et al***

Dear William:

This will serve to confirm that at your request, my client, its engineer and I met with various Johnston Department heads on Tuesday afternoon, September 25, 2007 for the purpose of reviewing certain technical aspects of our settlement documentation. As subsequently discussed, we have heard nothing of a negative nature resulting from that meeting.

As you may also recall, I have sent you revisions to our settlement documentation under covering letters dated November 15, 2007 and December 13, 2007. You have acknowledged receiving these but I have not had the benefit of your reply and the settlement documentation remains unsigned after several months.

The Rhode Island Supreme Court is not in session and there are no scheduling orders related to that case at this time. However, the U. S. District Court action is also pending and Judge Lisi has been gracious enough (more than once) to extend the time for our client to respond to a summary judgment motion of the defendants based upon my representations that we have a settlement but are attempting to finalize the paperwork that is a necessary part of this process. My "all-time record" for achieving final documentation following settlement was approximately seven (7) months and required post-mediation conferences with Judge Dein in Boston. I do not want to set any new "record" and would certainly have hoped that we would have had this paperwork finalized long before now. I thus suggest that we meet as soon as possible to review this line-by-line if necessary so that we can conclude this process.

Very truly yours,

John B. Reilly

JBR/lk

Cc: Marc DeSisto, Esq.
H. Charles Tapalian (via facsimile only)