UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
CHARLES PISATURO, TRUSTEE OF
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendant

**TRUSTEE'S MOTION TO EXTEND TIME**

Charles Pisaturo, Trustee for David Iascone and plaintiff in the above matter, moves to extend the time for filing a response to Defendant's Motion for Summary Judgment and related matters and shows the following:

1. Defendant served a Motion for Summary Judgment as to both Plaintiffs on or about September 5, 2007 (documents 22 and 23).

2. It appears that Charda Properties, LLC and the Town have reached a settlement which requires further documentation and perhaps additional engineering consultation. The status of the settlement is contained within Charda's recently filed Motion to Extend Time (document 30).

3. On or about October 31, 2007 the Trustee served a Request to Admit on the Town and the Trustee had scheduled the deposition of Robert Russo, President of the Town Council of the Town of Johnston. The Town has filed a response to the Request to Admit but the Trustee has not been able to hold the deposition of Mr. Russo because of court commitments and illness of other counsel. Trustee anticipates having the deposition of Mr. Russo in mid to late

January. The Trustee requires additional time to complete discovery through the deposition of Mr. Russo.

4. Counsel has consulted with attorneys for the Town of Johnston and there is no objection to this motion.

5. Charda Properties, the other Defendant in this matter, has recently filed its Motion to Extend Time in order to document and implement the settlement it has reached with the Town. Charda's consented to motion seeks to extend the time to respond to the Motion for Summary Judgment to February 26, 2008.

WHEREFORE, for the above reasons, the Trustee asks that the time for it to respond to the Defendant's Motion for Summary Judgment be extended to February 26, 2008.

**CHARLES A. PISATURO, JR.**
**TRUSTEE OF THE ESTATE OF**
**DAVID IASCONE**
By his Attorneys,

/s/ Alden C. Harrington #1028
Boyajian, Harrington & Richardson
182 Waterman St.
Providence, RI02906
Tel: 273-9600
Fax: 273-9605
harrington@bhrlaw.com

CHARDA PROPERTIES, LLC
CHARLES PISATURO, TRUSTEE OF
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2007 I electronically filed a

**TRUSTEE'S MOTION TO EXTEND TIME**

with the Clerk of the U. S. District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically

John B. Reilly, Esq.
Attorney for Charda Properties
John Reilly & Associates
100 North Main St.
Providence, RI02906

Marc Desisto, Esq.
Karen A. Corcoran, Esq.
Attorney for Defendant
211 Angell St.
Providence, RI02906

/s/ Susanne Kershaw