UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and CHARLES PISATURO, TRUSTEE OF
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendants

**CONSENTED TO MOTION OF TRUSTEE TO FURTHER ENLARGE TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Charles Pisaturo, Trustee for David Iascone, asks that the court enter its Order further enlarging the time for this Plaintiff to respond to the Defendant's Motion for Summary Judgment and its related pleadings originally filed on or September 5, 2007 (documents 22 and 23).

It appears that Plaintiff, Charda Prooperties, LLC, and the Town have reached an agreement to settle the issues raised in this litigation and in relating litigation pending in the Supreme Court of the State of Rhode Island. The implementation of the settlement, however, appears to require complicated documentation as well as additional engineering and permitting work. Charda has recently moved to extend the time for its response to Defendant's Motion for Summary Judgment and that motion has been granted extending the time for a response up to and including Monday, April 28, 2008.

Counsel for the Trustee has consulted with counsel for Charda and counsel for the Town of Johnston and they consent to this motion.

WHEREFORE, for the above reasons, the Trustee asks that the court enlarge the time for him to respond to Defendant's Motion for Summary Judgment up to and including April 28, 2008.

**CHARLES A. PISATURO, JR.**
**TRUSTEE OF THE ESTATE OF**
**DAVID IASCONE**
By his Attorneys,

/s/ Alden C. Harrington #1028
Boyajian, Harrington & Richardson
182 Waterman St.
Providence, RI02906
Tel: 273-9600/Fax: 273-9605
harrington@bhrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26th, 2008 I electronically filed the within Consent to Motion with the Clerk of the U. S. District Court for the District of Rhode Island using the CM/ECF System. I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants:

John B. Reilly, Esq.
Attorney for Charda Properties
John Reilly & Associates
100 North Main St.
Providence, RI02906

Marc Desisto, Esq.
Karen A. Corcoran, Esq.
Attorney for Defendant
211 Angell St.
Providence, RI02906

/s/ Alden C. Harrington #1028