UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE,
Plaintiffs

v. C.A. No.: 06- 117 ML

TOWN OF JOHNSTON, et al.,
Defendants

**CONSENTED TO MOTION OF PLAINTIFF, CHARDA PROPERTIES, LLC, TO FURTHER ENLARGE THE TIME WITHIN WHICH IT MAY RESPOND (IF NECESSARY) TO SUMMARY JUDGMENT MOTION AND RELATED PLEADINGS OF DEFENDANTS**

Plaintiff, Charda Properties, LLC ("Charda") hereby moves, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, for the entry of an order further enlarging the time for it to respond (if necessary) to the Summary Judgment motion and related pleadings filed by Defendants on dated and served on or about September 5, 2007 (Documents 22 and 23).

In support of this request, Charda avers that both it and its attorney of record have been and remain under the belief that all matters relating to the claims of Charda (both in this court and in the Supreme Court of the State of Rhode Island) have been settled, pending completion of some rather complicated written documentation of the resolution of such matters and the project that will eventually be constructed by Charda in the Town of Johnston.

As noted previously, an issue involving an amendment to the Town's Sewer Facilities Plan has been proposed by the Narragansett Bay Commission ("NBC") and seems to be required. Charda has contacted the NBC and the Rhode Island Department of Environmental Management since the project involves an extension of a sewer line along a state highway.

It is counsel's understanding that NBC has met with Town officials, has expressed its desire to participate in an amendment to the Town's Sewer Facilities Plain but wants to include

additional areas. This process seems acceptable to the Town but the parties have not finalized their plans.

Charda's attorney has conferred with defense counsel, and has been advised that he CONSENTS to this motion.

**WHEREFORE,** Charda respectfully requests that the Court enlarge the time for it to respond to defendants' summary judgment motion (if necessary and if a dismissal stipulation has not been filed) up to and including such time as the parties and Court deem appropriate (to be determined at tomorrow's scheduled status conference).

Charda Properties, LLC
By its Attorney,

*/s/ John B. Reilly*

John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
tel: (401) 272-2800
fax: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 28th day of April 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

**Marc DeSisto, Esq.**,
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, Rhode Island 02906,

**Alden C. Harrington, Esq.**
182 Waterman Street
Providence, R.I. 02906

*/s/ John B. Reilly*