UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendant

**MOTION OF TRUSTEE TO
FURTHER ENLARGE TIME WITHIN WHICH TO
RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGEMNT**

Plaintiff, Charles Pisaturo, Trustee of David Iascone, asks that the court enter its Order further enlarging the time for this Plaintiff to respond to Defendant's Motion for Summary Judgment and its related pleadings originally filed on September 5, 2007 (documents 22 and 23).

It appears that Plaintiff, Charda Properties, LLC, and the Town have reached an agreement to settle the issues raised in this litigation and in related litigation pending in the Supreme Court of the State of Rhode Island. The implementation of the settlement, however, appears to require complicated documentation as well as additional engineering and permitting work. The matter is currently scheduled for a conference with the court on Tuesday, April 29, regarding the status of the settlement.

WHEREFORE, for the above reasons, the Trustee asks that the court extend the time for filing a response to Defendant's Motion to a date to be set by the court at the April 29, 2008 conference.

C.A. 06-117 ML

**CHARLES A. PISATURO, JR.**
**TRUSTEE OF THE ESTATE OF**
**DAVID IASCONE**
By his Attorneys,

/s/ Alden C. Harrington #1028
Boyajian, Harrington & Richardson
182 Waterman St.
Providence, RI02906
Tel: 273-9600/Fax: 273-9605
harrington@bhrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008 I electronically filed the within Consent to Motion with the Clerk of the U. S. District Court for the District of Rhode Island using the CM/ECF System.

| | |
|---|---|
| Karen Corcoran | Karen@desistolaw.com |
| Mark DeSisto | mark@desistolaw.com |
| | laura@desistolaw.com |
| John B. Reilly | jreilly@lawyers-online.us |

/s/ Alden C. Harrington