UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE
Plaintiffs

v. **C.A. No.: 06- 117 ML**

TOWN OF JOHNSTON, et al.,
Defendants

**ORDER**

This matter was the subject of a Status Conference among the parties and the Court on the 29th day of April 2008, as a result of which the Court makes the following Orders:

1. On or before June 30, 2008, the parties will jointly furnish a written status report to the Court indicating and regarding the status of negotiations on proposed settlement agreements, specifically including a statement as to whether such agreements have been finalized or the date or dates by which the parties expect such settlement negotiations and proposed agreements to be finalized.

2. The motions of the Plaintiffs to further extend the time for them to respond to Defendants' motion for summary judgment are granted and the time for submission of such responses is also enlarged, up to an including June 30, 2008.

ENTER:

Mary M. Lisi
Mary J. Lisi, Chief Judge 5/2/08