UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE
Plaintiffs

v. **C.A. No.: 06- 117 ML**

TOWN OF JOHNSTON, et al.,
Defendants

**JOINT STATUS REPORT**

By Order of this Court entered May 2, 2008, the parties were directed to jointly furnish a written status report to the Court, indicating and regarding the status of negotiations on proposed settlement agreements, specifically including a statement as to whether such agreements have been finalized or the date or dates by which the parties expect such settlement negotiations and proposed agreements to be finalized. This Joint Status Report is offered in accordance with that order.

Settlement Negotiations

The settlement negotiations that have been taking place involve Charda Properties, LLC ("Charda") and the Town of Johnston ("the Town"). When the parties were last before the Court, the major outstanding issue was that the Town's "Facilities Plan" needed amendment so as to allow the Narragansett Bay Commission ("NBC") to extend a sewer line from the vicinity of Route 295 to the proposed Charda project.

Charda and the Town have had contact with NBC and are informed that NBC is willing to extend (and indeed desires expansion of) its facilities in not only this but in other areas of the Town.

Given the fact that NBC's plans and proposals will be of a much greater scope than was required for this single project, Charda (through counsel and its engineer) met with the Rhode Island Department of Environmental Management ("R.I. D.E.M.") and was informed that if the Town issues a letter to D.E.M., asking approval of an amendment to its Facilities Plan for Charda's project, that amendment can be treated independently (and earlier) than any more grandiose plans that NBC has for other areas of coverage in the Town.

Charda has agreed that its engineer will provide all necessary documentation for this limited amendment to the Town's Facilities Plan at its sole expense. The Town would nevertheless be required to cooperate in the timely submission of an applicable order of approval form to D.E.M. to allow for construction.

Upon information and belief, representatives of NBC and the Johnston mayor's office have had discussions concerning these plans and are in agreement with them. This information has been conveyed to Town counsel (William J. Conley, Jr., Esq.). In a telephone call last week, Mr. Conley advised that the Public Works director of Johnston has not been kept "in the loop" and wants information (presumably including what must be included in a letter to the D.E.M.). Charda immediately agreed to such meeting but it has not as yet been scheduled.

During the telephone conversation with Mr. Conley, the undersigned counsel for Charda asked whether it would be helpful to request that the United States District Court have one of its federal mediators sit with the parties to assist in finalizing and resolving these seemingly endless series of issues and new developments. Mr. Conley has advised that he and the Town officials would be amenable to that approach.

Counsel for the Trustee and the Town have had preliminary discussions regarding the resolution of the Trustee's claims. Counsel agree that the assistance of a mediator would be

helpful in resolving the Trustee's claims in connection with the full implementation of the Charda/Town settlement.

Finally, due to these settlement negotiations, the parties have each moved to extend the time for the submission of briefs to the Rhode Island Supreme Court for the purpose of continuing and finalizing the settlement negotiations. That Court is in summer recess and has not ruled on such motions, but the parties are optimistic that in view of the circumstances and mutual benefits (some affecting the public) to be gained by these negotiations, additional time will be granted.

___/s/ John B. Reilly______________
John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
Tel. (401) 272-2800
Fax (401) 272-2811

___/s/ Marc DeSisto_____________
Marc DeSisto, Esq. (#2757)
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906
Tel. (401) 272-4442
Fax (401) 272-9937

____/s/ Alden C. Harrington__________
Alden C. Harrington, Esq. (#1028)
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, Rhode Island 02906
Tel. (401) 273-9600
Fax (401) 273-9605

Dated: June 30, 2008__