UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and DAVID IASCONE,
Plaintiffs

v. C.A. No.: 06- 117 ML

TOWN OF JOHNSTON, et al.,
Defendants

**ASSENTED TO MOTION OF PLAINTIFF, CHARDA PROPERTIES, LLC, TO FURTHER ENLARGE THE TIME WITHIN WHICH IT MAY RESPOND (IF NECESSARY) TO SUMMARY JUDGMENT MOTION AND RELATED PLEADINGS OF DEFENDANTS**

Plaintiff, Charda Properties, LLC ("Charda") hereby moves, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, for the entry of an order further enlarging the time for it to respond (if necessary) to the Summary Judgment motion and related pleadings filed by Defendants on dated and served on or about September 5, 2007 (Documents 22 and 23).

In support of this request, Charda avers that both it and its attorney of record have been and remain under the belief that all matters relating to the claims of Charda (both in this court and in the Supreme Court of the State of Rhode Island) have been settled, pending completion of some rather complicated written documentation of the resolution of such matters and the project that will eventually be constructed by Charda in the Town of Johnston.

As noted previously, an issue involving an amendment to the Town's Sewer Facilities Plan has been proposed by the Narragansett Bay Commission ("NBC") and seems to be required. Charda and the Town have contacted the NBC and the Rhode Island Department of Environmental Management ("R.I. D.E.M.") since the project involves an extension of a sewer line along a state highway and have been informed that NBC is willing to extend (and indeed desires expansion of) its facilities in not only this but in other areas of the Town.

Given the fact that NBC's plans and proposals will be of a much greater scope than was required for this single project, Charda (through counsel and its engineer) met with R.I. D.E.M. and was informed that if the Town issues a letter to D.E.M., asking approval of an amendment to its Facilities Plan for Charda's project, that amendment can be treated independently (and earlier) than any more grandiose plans that NBC has for other areas of coverage in the Town.

Charda has agreed that its engineer will provide all necessary documentation for this limited amendment to the Town's Facilities Plan at its sole expense. The Town would nevertheless be required to cooperate in the timely submission of an applicable order of approval form to D.E.M. to allow for construction.

Upon information and belief, representatives of NBC and the Johnston mayor's office have had discussions concerning these plans and are in agreement with them. It is also counsel's understanding that the Town officials would be amenable to a mediation approach, in which a United States District Court federal mediator would sit with the parties and assist in finalizing and resolving these seemingly endless series of issues and new developments.

Counsel for the Trustee and the Town have had preliminary discussions regarding the resolution of the Trustee's claims. Counsel agree that the assistance of a mediator would be helpful in resolving the Trustee's claims in connection with the full implementation of the Charda/Town settlement.

Charda's attorney has conferred with all other counsel, and has been advised that they CONSENT to this motion.

**WHEREFORE,** Charda respectfully requests that the Court enlarge the time for it to respond to defendants' summary judgment motion (if necessary and if a dismissal stipulation has not been filed) up to and including Friday, August 29, 2008.

Charda Properties, LLC
By its Attorney,

/s/ John B. Reilly________________
John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
tel: (401) 272-2800
fax: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 30th day of June 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Marc DeSisto, Esq.,
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, Rhode Island 02906,

Alden C. Harrington, Esq.
182 Waterman Street
Providence, R.I. 02906

/s/ John B. Reilly_______________