UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
CHARLES PISATURO, TRUSTEE OF
DAVID IASCONE
Plaintiffs
v. C.A. 06-117 ML

TOWN OF JOHNSTON ET AL
Defendant

**MOTION OF THE TRUSTEE TO FURTHER ENLARGE TIME WITHIN WHICH TO RESPOND TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Charles Pisaturo, Trustee of David Iascone, asks that the court enter its Order further enlarging the time for this Plaintiff to respond to Defendant's Motion for Summary Judgment and its related pleading. (Documents 22 and 23). The Trustee asks that the time be extended to August 29, 2008.

As reported to the court on June 30, Plaintiff Charda Properties, LLC and the Town have reached an agreement to settle the issues raised in the litigation but the implementation of that settlement has become very protracted.

Since the conference with the court, counsel for the Trustee and counsel for the Town have discussed a resolution of the Trustee's claims and the Trustee has made a formal demand which is currently under consideration by the Town. If the Trustee and the Town reach an agreement, however, settlement must be approved by the Bankruptcy Court after notice and the opportunity to be heard is provided to all interested parties.

The Town has no objection to this motion.

C.A. 06-117 ML

**WHEREFORE**, for the above reasons, Charles Pisaturo, Trustee of David Iascone, Plaintiff in the above matter asks that the time for him to respond to Defendant's Motion for Summary Judgment be extended to August 29, 2008.

**CHARLES A. PISATURO, JR.**
**TRUSTEE OF THE ESTATE OF**
**DAVID IASCONE**
By his Attorneys,

/s/ Alden C. Harrington #1028
Boyajian, Harrington & Richardson
182 Waterman St.
Providence, RI02906
Tel: 273-9600
Fax: 273-9605
harrington@bhrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008 a copy of the within Motion was mailed, postage pre-paid, first class mail to the following parties:

John B. Reilly, Esq.
Attorney for Charda Properties
John Reilly & Associates
100 North Main St.
Providence, RI02906

Marc Desisto, Esq.
Karen A. Corcoran, Esq.
Attorney for Defendant
211 Angell St.
Providence, RI02906

/s/ Susanne Kershaw