UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC
and CHARLES PISATURO, Esquire
as Trustee for DAVID IASCONE
Plaintiffs

v. C.A. No.: 06- 117 ML

TOWN OF JOHNSTON, et al.,
Defendants

**ASSENTED TO MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

Charda Properties, LLC and the defendants hereby move that this Court reschedule the settlement conference currently scheduled for September 5, 2008.[1] This request results from the fact that the counsel for Plaintiff, Charda Properties, LLC has a previously scheduled expert deposition in New Hampshire on the same date. That deposition is expected to take an entire day and the expert has required a substantial advance fee which has been paid and cannot be completely refunded if there is a cancellation. Charda Properties' attorney further represents that it has taken a substantial period of time to arrange for such deposition, that approximately three other law firms are involved and that the deposition is being taken in connection with a case that is scheduled to go to trial on September 22, 2008.

No party will be prejudiced by the rescheduling of this matter.

[1] Counsel for the plaintiff has spoken to the Secretary for Attorney Harrington, who represents the Bankruptcy Trustee of the Bankruptcy Estate of David Iascone. The Secretary has related that Attorney Harrington is on vacation until September 2, 2008, and cannot be reached to gain his consent to join this motion, however, she further stated that the Trustee has no objection to this motion.

**WHEREFORE**, Charda Properties, LLC and the defendants jointly request that the Court reschedule the September 5, 2008 settlement conference.

Charda Properties, LLC,
By Its Attorney,

/s/ John B. Reilly
John B. Reilly (#1811)
John Reilly & Associates
100 No. Main St., 4t Fl.
Providence, RI 02903
tel: (401- 272-2800
fax: (401) 272-2811

Defendants,
By their Attorney,

/s/ Marc DeSisto
Marc DeSisto, Esq. (#2757)
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, Rhode Island 02906
tel: (401) 272-4442
fax: (401) 272-9937

**Dated: August 26, 2008**

**CERTIFICATION**

It is hereby certified that on the 26th day of August, 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record will receive notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Alden C. Harrington, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, Rhode Island 02906

/s/ John B. Reilly